**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____    Chapter you are filing under:
- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Yachtbrasil Motor Boats and Charters, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 98-0535518 |

| 4. | **Debtor's address** | **Principal place of business**<br><br>300 Alton Road, Suite 101A<br>Number     Street<br><br>_____<br><br>Miami Beach      FL      33139<br>City           State    ZIP Code<br><br>Miami-Dade County<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number     Street<br><br>_____<br>P.O. Box<br><br>_____<br>City           State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number     Street<br><br>_____<br><br>_____<br>City           State    ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | www.yachtbrasilusa.com |
|---|---|---|
| 6. | **Type of debtor** | [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>[ ] Partnership (excluding LLP)<br>[ ] Other. Specify: _____ |

Debtor  Yachtbrasil Motor Boats and Charters, LLC _____  Case number (*if known*)_____
           Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

55114

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY
        District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                                        MM / DD / YYYY
        Case number, if known _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **2**

Debtor  Yachtbrasil Motor Boats and Charters, LLC _____ Case number *(if known)*_____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☑ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5,001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated assets** | ☐ $0-$50,000     ☑ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor  Yachtbrasil Motor Boats and Charters, LLC                    Case number (*if known*)_____
        Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/09/2023
             MM / DD / YYYY

✗ /s/ Lysandra Coelho                       Lysandra Coelho
Signature of authorized representative of debtor       Printed name

Title  Manager Member

**18. Signature of attorney**

✗ /s/ Geoffrey Aaronson                     Date  07/09/2023
Signature of attorney for debtor                   MM / DD / YYYY

Geoffrey Aaronson
Printed name

Aaronson Schantz Beiley P.A.
Firm name

2 South Biscayne Boulevard Suite 3450
Number     Street

Miami                                         FL          33131
City                                          State       ZIP Code

(786) 594-3000                                gaaronson@aspalaw.com
Contact phone                                 Email address

349623                                        FL
Bar number                                    State

**Aderbal & Lysandra Coelho**
13255 Biscayne Bay Drive
North Miami, FL 33181

**Aderbal Coelho**
13255 Biscayne Bay Drive
North Miami, FL 33181

**CNP XII VENTURES LLC**
290 NW 165 Street
Suite M-600
Miami, FL 33169

**CNP XII Ventures LLC**
290 NW 165 Street
Suite M-600
Miami, FL 33169

**Forward Ventures Group Partners LLC**
411 S Gay Street
Suite A
Knoxville, TN 37902

**Frank P. Cuneo**
2655 S Le Jeune Rd.
Suite 804
Miami, FL 33134

**Genovese Joblove & Battista, P.A.**
200 E. Broward Blvd.
Suite 100
Fort Lauderdale, FL 33301

**John S Long Kujovich**
3201 NE 183 Street
Unit 901
Aventura, FL 33160

**Lysandra Coelho**
13255 Biscayne Bay Drive
Miami, FL 33181

**McCarthy, Burgess & Wolff**
26000 Cannon Rd
Cleveland, OH 44146

**The Law Offices of George A Minski, P.A.**
2500 Hollywood Blvd.
Suite 214
Hollywood, FL 33020

United States Bankruptcy Court
Southern District of Florida

In re: Yachtbrasil Motor Boats and Charters, LLC

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/09/2023

/s/ Lysandra Coelho
Signature of Individual signing on behalf of debtor

Manager Member
Position or relationship to debtor

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Yachtbrasil Motor Boats and Charters, LLC

Debtor
_____/

Case Number:
Chapter: 11
Subchapter: 5

## Statement Pursuant to 11 USC § 1116

Under penalty of perjury, I, Lysandra Coelho, Manager of Yachtbrasil Motor Boats and Charters, LLC, states that Yachtbrasil Motor Boats and Charters, LLC has no current balance sheet, statement of operations, or cash-flow statement.

Lysandra Coelho

*[signature]*

Lysandra Coelho, Manager of Yachtbrasil
Motor Boats and Charters, LLC

Form **8879-PE**

Department of the Treasury
Internal Revenue Service

## IRS e-file Signature Authorization for Form 1065

▶ ERO must obtain and retain completed Form 8879-PE.
▶ Go to www.irs.gov/Form8879PE for the latest information.

For calendar year 2020, or tax year beginning _____ , and ending _____

OMB No. 1545-0123

**2020**

| Name of partnership | Employer identification number |
|---|---|
| Yachtbrasil Motor Boats & Charters | 98-0535518 |

### Part I — Tax Return Information (Whole dollars only)

| # | Description | Amount |
|---|---|---:|
| 1 | Gross receipts or sales less returns and allowances (Form 1065, line 1c) | 1,265,429 |
| 2 | Gross profit (Form 1065, line 3) | 62,474 |
| 3 | Ordinary business income (loss) (Form 1065, line 22) | -221,627 |
| 4 | Net rental real estate income (loss) (Form 1065, Schedule K, line 2) | |
| 5 | Other net rental income (loss) (Form 1065, Schedule K, line 3c) | |

### Part II — Declaration and Signature Authorization of Partner or Member
(Be sure to get a copy of the partnership's return)

Under penalties of perjury, I declare that I am a partner or member of the above partnership and that I have examined a copy of the partnership's 2020 electronic return of partnership income and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the partnership's electronic return of partnership income. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the partnership's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission and **(b)** the reason for any delay in processing the return. I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income.

**Partner's or Member's PIN: check one box only**

[X] I authorize **Rosillo & Associates, P.A.** to enter my PIN **35518** as my signature
    ERO firm name                                                       Don't enter all zeros
on the partnership's 2020 electronically filed return of partnership income.

[ ] As a partner or member of the partnership, I will enter my PIN as my signature on the partnership's 2020 electronically filed return of partnership income.

Partner's or member's signature ▶ *[signature]*

Title ▶ Member        Lysandra Coelho        Date ▶ 09/14/21

### Part III — Certification and Authentication

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN. **60753256711**
Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2020 electronically filed return of partnership income for the partnership indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS e-file Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS e-file Providers for Business Returns.

ERO's signature ▶ Frank A Rosillo    *[signature]*    Date ▶ 09/14/21

**ERO Must Retain This Form – See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.                    Form **8879-PE** (2020)

DAA

# Form 1065 — U.S. Return of Partnership Income

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year beginning _____, ending _____
▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

OMB No. 1545-0123

**2020**

| | |
|---|---|
| A Principal business activity | Sales & Rent |
| B Principal product or service | Boats |
| C Business code number | 441222 |
| Name of partnership | Yachtbrasil Motor Boats & Charters |
| Number, street, and room or suite no. | 300 Alton Road Ste # 108 |
| City or town, state, ZIP | Miami Beach FL 33139 |
| D Employer identification number | 98-0535518 |
| E Date business started | 04/25/2007 |
| F Total assets | $ 3,439,498 |

Type or Print

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
H Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶
I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2
J Check if Schedules C and M-3 are attached ▶ ☐
K Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

Caution: Include only trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

## Income

| Line | Description | | Amount |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a  1,265,637 | |
| b | Returns and allowances | 1b  208 | |
| c | Balance. Subtract line 1b from line 1a | 1c | 1,265,429 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 1,202,955 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 62,474 |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| 7 | Other income (loss) (attach statement)  See Statement 1 | 7 | 12,483 |
| 8 | Total income (loss). Combine lines 3 through 7 | 8 | 74,957 |

## Deductions (see instructions for limitations)

| Line | Description | Amount |
|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 |
| 10 | Guaranteed payments to partners | 10 |
| 11 | Repairs and maintenance | 11 |
| 12 | Bad debts | 12 |
| 13 | Rent | 13  18,821 |
| 14 | Taxes and licenses | 14  287 |
| 15 | Interest (see instructions)  See Statement 2 | 15  149,920 |
| 16a | Depreciation (if required, attach Form 4562)  16a | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return  16b | 16c |
| 17 | Depletion (Do not deduct oil and gas depletion.) | 17 |
| 18 | Retirement plans, etc. | 18 |
| 19 | Employee benefit programs | 19 |
| 20 | Other deductions (attach statement)  See Statement 3 | 20  127,556 |
| 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | 21  296,584 |
| 22 | Ordinary business income (loss). Subtract line 21 from line 8 | 22  -221,627 |

## Tax and Payment

| Line | Description | Amount |
|---|---|---|
| 23 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 23 |
| 24 | Interest due under the look-back method—income forecast method (attach Form 8866) | 24 |
| 25 | BBA AAR imputed underpayment (see instructions) | 25 |
| 26 | Other taxes (see instructions) | 26 |
| 27 | Total balance due. Add lines 23 through 26 | 27 |
| 28 | Payment (see instructions) | 28 |
| 29 | Amount owed. If line 28 is smaller than line 27, enter amount owed | 29 |
| 30 | Overpayment. If line 28 is larger than line 27, enter overpayment | 30 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member ▶ [signature]    Date  09/14/2021

May the IRS discuss this return with the preparer shown below? See instructions.  ☒ Yes  ☐ No

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|---|
| | Frank A Rosillo | Frank A Rosillo | 09/14/21 | ☐ | P00440836 |
| Firm's name ▶ | Rosillo & Associates, P.A. | | | Firm's EIN ▶ | 65-0354779 |
| Firm's address ▶ | 7950 NW 53rd St Ste 221, Doral, FL 33166 | | | Phone no. | 305-477-5671 |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2020)

DAA

Form 8804 (2020)  Yachtbrasil Motor Boats & Charters    98-0535518    Page **2**

| | | | |
|---|---|---|---|
| q | Adjusted net capital gain (including qualified dividend income and net section 1231 gain) allocable to non-corporate partners | 4q | |
| r | Reduction to line 4q for state and local taxes under Regulations section 1.1446-6(c)(1)(iii) | 4r ( | ) |
| s | Reduction to line 4q for certified foreign partner-level items submitted using Form 8804-C | 4s ( | ) |
| t | Combine lines 4q, 4r, and 4s | 4t | |
| 5 | Gross section 1446 tax liability: | | |
| a | Multiply line 4d by 21% (0.21) | 5a | |
| b | Multiply line 4h by 37% (0.37) | 5b | |
| c | Multiply line 4l by 28% (0.28) | 5c | |
| d | Multiply line 4p by 25% (0.25) | 5d | |
| e | Multiply line 4t by 20% (0.20) | 5e | |
| f | Add lines 5a through 5e | 5f | |
| 6a | Payments of section 1446 tax made by the partnership identified on line 1a during its tax year (or with a request for an extension of time to file) and amount credited from 2019 Form 8804 | 6a | |
| b | Section 1446 tax paid or withheld by another partnership in which the partnership identified on line 1a was a partner during the tax year (enter only amounts reported on Form(s) 8805 and attach the Form(s) 8805 to Form 8804) | 6b | |
| c | Section 1446 tax paid or withheld by another partnership in which the partnership identified on line 1a was a partner during the tax year (enter only amounts reported on Form(s) 1042-S and attach the Form(s) 1042-S to Form 8804) | 6c | |
| d | For the partnership identified on line 1a, section 1445(a) or 1445(e)(1) tax withheld from or paid by partnership during the tax year for a disposition of a U.S. real property interest or section 1446(f)(1) tax withheld from the partnership for a disposition of an interest in a partnership engaged in the conduct of a U.S. trade or business (enter only amounts reported on Form(s) 8288-A and attach the Form(s) 8288-A to Form 8804) | 6d | |
| e | Section 1445(e) tax withheld from the partnership identified on line 1a during the tax year for a disposition of a U.S. real property interest (enter only amounts reported on Form(s) 1042-S and attach the Form(s) 1042-S to Form 8804) | 6e | |
| 7 | Total payments. Add lines 6a through 6e | 7 | |
| 8 | Estimated tax penalty. Check if Schedule A (Form 8804) is attached. See instructions ▶ ☐ | 8 | |
| 9 | Add lines 5f and 8 | 9 | |
| 10 | Balance due. If line 7 is smaller than line 9, subtract line 7 from line 9. Attach a check or money order for the full amount payable to "United States Treasury." Write the partnership's U.S. EIN, tax year, and "Form 8804" on it | 10 | 0 |
| 11 | Overpayment. If line 7 is more than line 9, subtract line 9 from line 7 | 11 | |
| 12 | Amount of line 11 reported on Form(s) 8805 as allocated to partners ▶ | 12 | |
| 13 | Net overpayment. Subtract line 12 from line 11 | 13 | |
| 14 | Refund. Amount, if any, of line 13 you want to be refunded to you | 14 | |
| 15 | Amount of line 13 to be credited to next year's Form 8804. Subtract line 14 from line 13 | 15 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner, limited liability company member, or withholding agent) is based on all information of which preparer has any knowledge.

▶ *[signature]*    Title: MANAGING MEMBER    Date: 09/14/2021

Signature of general partner, limited liability company member, or withholding agent

**Paid Preparer Use Only**

| | | |
|---|---|---|
| Print/Type preparer's name: Frank A Rosillo | Preparer's signature: Frank A Rosillo | Date: 09/14/21    Check ☐ if self-employed    PTIN: P00440836 |
| Firm's name ▶ Rosillo & Associates, P.A. | | Firm's EIN ▶ 65-0354779 |
| Firm's address ▶ 7950 NW 53rd St Ste 221  Doral, FL   33166 | | Phone no. 305-477-5671 |

Form **8804** (2020)

DAA