**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

YACHTBRASIL MOTOR BOATS
AND CHARTERS, LLC,

CASE NO.: 23-15357-BKC-LMI

Chapter 11 (Subchapter V)

Debtor.
_____/

**DEBTOR'S NOTICE OF COMPLIANCE AND *EX PARTE* MOTION**
**TO EXTEND DEADLINE FOR WINDSTORM INSURANCE**

Debtor YACHTBRASIL MOTOR BOATS AND CHARTERS, LLC ("Debtor" or "YB"), by and through undersigned counsel, files this notice of compliance and *ex parte* motion to extend deadline in connection with the Court's August 17, 2023 *Order on Creditor CNP XII Ventures LLC's Motion for (A) Finding That the Real Property Located at 13255 Biscayne Bay Drive, North Miami, Florida 33181 is Not Property of the Bankruptcy Estate and the Automatic Stay Does Not Extend to Such Property, (B) Clarification That There is No Co-Debtor Stay With Respect to the Coelhos or the Real Property Owned by Them and (C) Relief from the Automatic Stay* [ECF 80] (the "Stay Order") and respectfully states the following:

1. On August 17, 2023, the Court entered the Stay Order which, *inter alia*, directed the Debtor to provide the Court, the U.S. Trustee's Office, the Subchapter V Trustee, and counsel for secured creditor CNP XII Ventures LLC ("CNP") with proof of insurance as required by the U.S. Trustee for the replacement cost value of the Property,[1] including property, liability, wind, and flood insurance.

---

[1] The "Property" is the homestead property of the Coelhos, the Debtor's principals, which is not property of the estate, but to which the Court extended the automatic stay in the Stay Order.

2. In compliance with the Stay Order, attached as Exhibit A is a copy of the flood insurance declarations page for the flood insurance policy procured on the Property. Attached as Exhibit B is the declarations page for the lender-placed property insurance policy on the Property, which that reflects Aderbal Coelho is the named insured, and the current policy period runs through December 6, 2023.[2] The property insurance policy provides total coverage of $1,210,000 and includes liability[3] coverage of $1,000,000.

3. To obtain a windstorm policy on the Property, the Coelhos had a windstorm inspection performed on the Property on August 12, 2023, as well as a four-point inspection to ascertain the replacement cost value of the Property for the purpose of determining whether the current property insurance policy on the Property provides adequate coverage. The inspector determined that one section of the Property's roof needed to have shingles installed before passing inspection reports could be issued.[4] The Coelhos have already obtained a verbal estimate of approximately $6,000 for this work based on the square footage of the area, and are currently scheduled to meet with the roofer on August 21, 2023 to obtain a written quote and to confirm a timeline for completion of the work, which the roofer has tentatively advised may be done next weekend, August 26-27, 2023.

4. This issue was previewed by Debtor's counsel at the August 17, 2023 hearing, and on Debtor's *ore tenus* motion, the Court authorized the Debtor to advance the funds to pay for the

---

[2] As discussed in open court at the August 17, 2023 hearing, the premium for the policy procured by CNP was included in CNP's final judgment obtained in the state court case.

[3] As noted, the property insurance policy includes $1,000,000 in liability coverage for the Property. With respect to general liability insurance for the Debtor itself, as Debtor's counsel advised at the August 17, 2023 hearing, the Debtor's insurance agent has been attempting to obtain a GL policy for the Debtor, but since the Debtor does not have a physical office location, the policy has been difficult to obtain because there is little identifiable "risk" to be covered.

[4] The roof is one of the four components of a four-point inspection, and therefore the shingle work is needed in connection with both inspection reports. All other components of the inspections passed with no issues.

2

AARONSON SCHANTZ BEILEY P A. | ONE BISCAYNE TOWER | 2 S. BISCAYNE BLVD., SUITE 3450 | MIAMI, FLORIDA 33131 | PH 786.594.3000 | FAX 305.424.9336

roof work needed to pass the windstorm and four-point inspections, with those funds to be repaid to the Debtor by the Coelhos on repayment terms to be negotiated by the parties.

5. Accordingly, the Debtor respectfully requests a 21-day extension of time to provide proof of windstorm insurance as required by the Stay Order. The Debtor and the Coelhos are using their best efforts to move this process along as quickly as possible. The Debtor believes that 21 days will be sufficient to obtain the windstorm policy if the roof work can be completed on August 26-27, 2023, or soon thereafter. Once the roof work has been completed, the inspector will need to revisit the Property to inspect the completed roof work, which should occur within a few days depending on the inspector's schedule. Then the inspector will issue his reports to the insurance agent, usually within a day or two after the inspection. The insurance agent will then provide the windstorm report to the appropriate underwriter to issue a quote for the windstorm policy, which also can take a couple of days, and once the quote is accepted the underwriter will issue a binder for the windstorm policy within a day or two thereafter. The insurance agent will also use the four-point inspection report to determine the replacement cost value of the Property so the adequacy of the current property insurance can be ascertained.

WHEREFORE, for the reasons set forth herein, the Debtor respectfully requests that the Court enter an Order, in the proposed form attached as Exhibit C, extending the deadline for the Debtor to provide proof of windstorm insurance for 21 days, to and including September 8, 2023, and for such other and further relief as the Court deems just and proper.

> Respectfully submitted,
> **Aaronson Schantz Beiley P.A.**
>
> /s/ *Tamara D. McKeown*
> Geoffrey S. Aaronson, Esq.
> Florida Bar No.: 349623
> Tamara D. McKeown, Esq.
> Florida Bar No.: 773247

3

Aaronson Schantz Beiley P.A. | One Biscayne Tower | 2 S. Biscayne Blvd., Suite 3450 | Miami, Florida 33131 | Ph 786.594.3000 | Fax 305.424.9336

>One Biscayne Tower, Suite 3450
>2 S. Biscayne Boulevard
>Miami, Florida 33131
>Ph: 786.594.3000
>Fax: 305.424.9336
>Email: gaaronson@aspalaw.com
>           tmckeown@aspalaw.com
>*Attorneys for Yachtbrasil, Subchapter V Debtor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above was furnished on August 18, 2023 by the Court's CM/ECF service on all electronic notice parties listed below.

>/s/ *Tamara D. McKeown*
>Tamara D. McKeown, Esq.

**CM/ECF Electronic Mail Service List**

- **Miguel Armenteros**    miguel@aa-firm.com, service@aa-firm.com
- **Aldo G Bartolone**    abartolone@thebermanlawgroup.com, aldo.bartolone@gmail.com; aldo@ecf.courtdrive.com
- **Dan L Gold**    Dan.L.Gold@usdoj.gov
- **Laudy Luna**    ll@crllawgroup.com, jbr@crllawgroup.com,admin@crllawgroup.com
- **Aleida Martinez-Molina**    Martinez@SubV-Trustee.com, camm11@trustesolutions.net
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

4

Aaronson Schantz Beiley P A. | One Biscayne Tower | 2 S. Biscayne Blvd., Suite 3450 | Miami, Florida 33131 | Ph 786.594.3000 | Fax 305.424.9336

Exhibit "A"

# SELECTIVE
BE UNIQUELY INSURED®

RIEMER INSURANCE GROUP INC
PO BOX 250
HALLANDALE, FL 33008-0250

AUGUST 11, 2023

ADERBAL COELHO JR.
13255 BISCAYNE BAY DR
NORTH MIAMI, FL 33181-2239

Subject: **Your New Flood Insurance Policy from Selective**
Policy Number: ███████████
Insured(s): ADERBAL COELHO JR.
Property Location: 13255 BISCAYNE BAY DR
NORTH MIAMI, FL 33181-2239

Dear Valued Customer:

Thank you for choosing Selective for your flood insurance needs.

Enclosed you will find your Flood Policy Declarations Page, the National Flood Insurance Program's Summary of Coverage, Selective's Notice of Information Practices, and Claims Guidelines in Case of a Flood.

**Please review your Declarations Page to ensure the information is accurate. Inaccurate information may impact your policy's premium.** If any changes are needed, please contact your agency or email our customer service team: FloodCustomerService@selective.com. Questions regarding prior claims history must be directed to the Federal Emergency Management Agency (FEMA) at (877) 336-2627 or FEMAMapSpecialist@riskmapods.com.

If you find that your renewal premium is lower than the Full Risk Premium shown on your Declarations Page, this may be because your policy was previously rated using subsidized rates. FEMA has recently reformed its rating methodology. **This new rating methodology is commonly referred to as Risk Rating 2.0 (RR 2.0). RR 2.0 utilizes equitable rates based on the value of your property and its exposure to flood risks.** The Full Risk Premium shown on your Declarations Page is the total cost of flood insurance for your property calculated under RR 2.0. If your renewal premium is lower than the Full Risk Premium, as long as your policy does not lapse your annual premium increase will be capped at 18% until the renewal premium reaches the Full Risk Premium. For more information on RR 2.0, please visit **www.SelectiveFlood.com.**

To view your flood insurance policy, visit **customer.myselectiveflood.com**. If you would like a copy of the policy emailed or mailed to you, please contact our customer service team at (877) 348-0552 or selectivefloodpolicy@selective.com. Unless we hear from you, we will assume that you can view your policy through our customer website.

Don't forget to take advantage of our self-service capabilities by visiting our website **customer.myselectiveflood.com**. Our self-service site makes it easy for you to:

- Pay your renewal premium.
- Sign up for electronic delivery of your flood insurance documents.
- Update your mailing address and other information on your policy.
- Report and track the status of a flood claim and more.

We appreciate your business. Together with your agent, we look forward to serving you.

Sincerely,

Cassie Masone - Vice President Flood Operations
Selective Insurance Company of America

Page 1 of 2

**SELECTIVE**
BE UNIQUELY INSURED®

RIEMER INSURANCE GROUP INC
PO BOX 250
HALLANDALE, FL 33008-0250

## CLAIM GUIDELINES IN CASE OF A FLOOD

For the protection of you and your family, the following claim guidelines are provided by the National Flood Insurance Program (NFIP). If you are ever in doubt as to what action is needed, consult your insurance representative.

- Notify Selective Insurance or your insurance representative as soon as possible after the flood.

- If you have not been contacted by an adjuster within 24 - 48 hours after you reported the claim to your insurance representative please call Selective Insurance at (877) 348-0552.

- As soon as possible, separate damaged property from undamaged property so that damage can be inspected and evaluated.

- Discuss with the claims adjuster any need you may have for an advance or partial payment for your loss.

- To help the claims adjuster, try to take photographs of the outside of the premises showing the flooding and the damage and photographs of the inside of the premises showing the height of the water and the damaged property.

- Place all account books, financial records, receipts, and other loss verification material in a safe place for examination and evaluation by the claims adjuster.

- Work cooperatively and promptly with the claims adjuster to determine and document all claim items.

- Make sure that the claims adjuster fully explains, and that you fully understand, all allowances and procedures for processing claim payments on the basis of your proof of loss. This policy requires you to send us detailed proof of loss within 60 days after the loss.

- Coverage problems and claim allowance restrictions will be communicated directly from Selective Insurance or the NFIP. Claims adjusters are not authorized to approve or deny claims; their job is to report to the Selective Insurance or the NFIP on the elements of flood cause and damage.

- At our option, we may accept an adjuster's report of the loss instead of your proof of loss. The adjuster's report will include information about your loss and the damages to your insured property. You must sign the adjuster's report. At our option, we may require you to swear to the report.

**Important Information About The National Flood Insurance Program (NFIP)**
Federal law requires insurance companies that participate in the NFIP to provide you with the enclosed Summary of Coverage. It's important to understand that the Summary of Coverage only provides a general overview of the coverage afforded under your policy. You will need to review your flood insurance policy, Declarations Page, and any applicable endorsements for a complete description of your coverage. The enclosed Declarations Page indicates the coverage you purchased, your policy limits and amount of your deductible.
You will soon receive additional information about the National Flood Insurance Program from FEMA. This information will include a Claims Handbook, a history of flood losses that have occurred on your property as contained in FEMA's data base, and an acknowledgement letter.

# SELECTIVE
BE UNIQUELY INSURED®

RIEMER INSURANCE GROUP INC
PO BOX 250
HALLANDALE, FL 33008-0250

Agency Phone: (954) 454-3145

NFIP Policy Number:
Company Policy Number:
Agent: JACKIE PEON

Payor: INSURED
Policy Term: 09/10/2023 12:01 AM - 09/10/2024 12:01 AM
Policy Form: DWELLING POLICY

To report a claim visit or call us at:
https://customer.myselectiveflood.com
(877) 348-0552

## NEW FLOOD INSURANCE POLICY DECLARATIONS
### NATIONAL FLOOD INSURANCE PROGRAM

**DELIVERY ADDRESS**
ADERBAL COELHO JR.
13255 BISCAYNE BAY DR
NORTH MIAMI, FL 33181-2239

**INSURED NAME(S) AND MAILING ADDRESS**
ADERBAL COELHO JR.
13255 BISCAYNE BAY DR
NORTH MIAMI, FL 33181-2239

**COMPANY MAILING ADDRESS**
Selective Ins Co of the Southeast
PO BOX 782747
PHILADELPHIA, PA 19178-2747

**INSURED PROPERTY LOCATION**
13255 BISCAYNE BAY DR
NORTH MIAMI, FL 33181-2239

BUILDING DESCRIPTION: MAIN DWELLING
BUILDING DESCRIPTION DETAIL: N/A

**RATING INFORMATION**
BUILDING OCCUPANCY: SINGLE-FAMILY HOME
NUMBER OF UNITS: N/A
PRIMARY RESIDENCE: YES
PROPERTY DESCRIPTION: SLAB ON GRADE (NON-ELEVATED), 2 FLOOR(S), MASONRY CONSTRUCTION
PRIOR NFIP CLAIMS: 0 CLAIM(S)

DATE OF CONSTRUCTION: 01/01/1972
CURRENT FLOOD ZONE: VE
FIRST FLOOR HEIGHT (FEET): 1.1
FIRST FLOOR HEIGHT METHOD: FEMA DETERMINED

**MORTGAGEE / ADDITIONAL INTEREST INFORMATION**

FIRST MORTGAGEE:  LOAN NO: N/A
SECOND MORTGAGEE:  LOAN NO: N/A
ADDITIONAL INTEREST:  LOAN NO: N/A
DISASTER AGENCY:  CASE NO: N/A
DISASTER AGENCY: N/A

**RATE CATEGORY — RATING ENGINE**

|  | COVERAGE | DEDUCTIBLE |
|---|---|---|
| BUILDING: | $250,000 | $10,000 |
| CONTENTS: | $100,000 | $10,000 |

COVERAGE LIMITATIONS MAY APPLY. SEE YOUR POLICY FORM FOR DETAILS.
Please review this declaration page for accuracy. If any changes are needed, contact your agent.
Notes: The "FULL RISK PREMIUM" is for this policy term only. It is subject to change annually if there is any change in the rating elements. Your property's NFIP flood claims history can affect your premium, for questions please contact your agency. "MITIGATION DISCOUNTS" may apply if there are approved flood vents and/or the machinery & equipment is elevated appropriately. To learn more about your flood risk, please visit FloodSmart.gov/floodcosts.

**COMPONENTS OF TOTAL AMOUNT DUE**

| | |
|---|---|
| BUILDING PREMIUM: | $2,655.00 |
| CONTENTS PREMIUM: | $1,512.00 |
| INCREASED COST OF COMPLIANCE (ICC) PREMIUM: | $75.00 |
| MITIGATION DISCOUNT: | ($193.00) |
| COMMUNITY RATING SYSTEM REDUCTION: | ($771.00) |
| FULL RISK PREMIUM: | $3,278.00 |
| ANNUAL INCREASE CAP DISCOUNT: | ($0.00) |
| PRE-FIRM DISCOUNT: | ($80.00) |
| DISCOUNTED PREMIUM: | $3,198.00 |
| RESERVE FUND ASSESSMENT: | $576.00 |
| HFIAA SURCHARGE: | $25.00 |
| FEDERAL POLICY FEE: | $47.00 |
| PROBATION SURCHARGE: | $0.00 |
| TOTAL ANNUAL PREMIUM: | $3,846.00 |

IN WITNESS WHEREOF, I have signed this policy below and enter in to this Insurance Agreement

Michael H. Lanza / Secretary
John Marchioni / Chairman, President & CEO

This declarations page along with the Standard Flood Insurance Policy Form constitutes your flood insurance policy.

Policy issued by:   Selective Ins Co of the Southeast

Zero Balance Due - This Is Not A Bill

Insurer NAIC Number: 39926

File: 29412025    Page 1 of 1    DocID: 224131414

Printed 08/11/2023

**This page is intentionally left blank.**

# NOTICE OF INFORMATION PRACTICES (LONG FORM)

**MISC-798 06 01**

Your application or information you provide in connection with a claim is our major source of information. However, in order to evaluate your application for insurance, to service your policy or to process a claim, we may ask for additional information about you and any person who will be insured under this policy or who is the subject of the claim. This is sometimes necessary to make certain that the statements on your application are accurate or to process the claim. We may also need more details than you have already given us.

## INFORMATION WE COLLECT

In connection with an application, the information that we may collect will enable us to make possible judgments about your character, habits, hobbies, finances, occupation, general reputation, health or other personal characteristics. In connection with a claim, the information we may collect will enable us to process the claim.

We may obtain this information from several sources. For example, we may contact any physician, clinic or hospital where any persons to be insured or making a claim have been treated. We may need information from your employer. But, before we ask for information from any of these sources, we will ask you to sign an authorization, which gives us permission to proceed, unless authorization is not required by law. We may get information by talking or writing to other insurance companies to which you applied for a policy or with which you have made a claim, members of your family, neighbors, friends, your insurance agent and others who know you. We may also obtain information from motor vehicle reports, court records, or photographs of the property you want insured or with regard to which you have made a claim.

## CONSUMER REPORTS

It is common for an insurance company to order a report from an independent organization — a consumer reporting agency or an insurance-support organization — to verify and add to the information that you have given us. These reports are used to help us decide if you qualify for the insurance for which you have applied or to evaluate the claim you have made.

They may:
- _____ pertain to your mode of living, character, general reputation and personal characteristics such as health, job and finances.
- _____ contain information on your marital status, driving records, etc.
- _____ include information on the loss history of your property.
- _____ include information gathered by talking or writing to you or members of your family, neighbors, friends, your insurance agent and others who know you.
- _____ include information from motor vehicle reports, court records or photographs of your property and/or the property involved in the claim.

Upon your request, the consumer reporting agency or insurance-support organization will attempt to interview you in connection with any report it prepares. The information may be kept by the reporting organization and may later be given to others who use its services. It will be given only to the extent permitted by the Federal Fair Credit Reporting Act and your local state law, if any. Upon request and identification, the consumer reporting agency or insurance-support organization will provide you with a copy of the report.

**DISCLOSURE OF INFORMATION**

Information we collect about you will not be given to anyone without your consent, except when necessary to conduct our business. There are some disclosures which may be made without your prior authorization. These include:

- _____ Persons or organizations who need the information to perform a professional, business or insurance function for us, such as businesses that assist us with data processing or marketing.
- _____ Other insurance companies, agents, or consumer reporting agencies as it may be needed in connection with any application, policy or claim involving you.
- _____ Adjusters, appraisers, investigators and attorneys who need the information to investigate or settle a claim involving you.
- _____ An insurance-support organization which is established to collect information for the purpose of detecting and preventing insurance crimes or fraudulent claims.
- _____ A medical professional or institution to verify your insurance coverage or inform you of a medical condition of which you may not be aware.
- _____ Persons or organizations that conduct scientific research, including actuarial or underwriting studies.
- _____ Persons or organizations that will use the information for sales purposes, unless you indicate in writing to us that you do not want the information disclosed for this purpose.
- _____ Our affiliated companies for auditing our operations and for marketing an insurance product or service.

In addition, we may provide information to state insurance departments in connection with their regulatory authority and to other governmental or law enforcement authorities to protect our legal interests or in cases of suspected fraud or illegal activities.

**YOUR INSURANCE POLICY FILES**

Information we collect about you will be kept in our policy files. We may refer to this information if you file a claim for benefits under any policy you have with us or if you apply to us for a new policy. You have the right to know what kind of information we keep in our files about you, to have access to the information, and to receive a copy. There are some types of information; however, to which we are not required to give you access. This type of information is generally collected when we evaluate a claim or when the possibility of a lawsuit exists.

If you want information from your files, please contact us. There may be a nominal charge for copies of records. If you think your file contains incorrect information, notify us indicating what you believe is incorrect and your reasons. We will reinvestigate the matter and either correct our records or place a statement from you in our files explaining why you believe the information is incorrect. We will also notify persons or organizations to whom we previously disclosed the information of the change or your statement.

**CONFIDENTIALITY AND SECURITY OF PERSONAL INFORMATION**

We restrict access to personal information to those individuals who need to know that information to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with legal standards and ensure the confidentiality of personal information in accordance with our policy.

**TREATMENT OF PERSONAL INFORMATION OF FORMER CUSTOMERS AND APPLICANTS**

We adhere to this personal information privacy policy even when a customer relationship no longer exists. Disclosures about former applicants and customers may be made without prior authorization as permitted by law.

If you have any questions about our information practices, please contact us.

Exhibit "B"

# Dwelling Three® X-Wind

**CERTIFICATE DECLARATIONS**

| | | |
|---|---|---|
| **PROGRAM MANAGER**<br>AMWINS DIGITAL INSURANCE SERVICES<br>PO BOX 7378<br>HILTON HEAD ISLAND SC 29938<br><br>AGENT  DANIEL SPRING<br>PHONE (305) 532-7623 | Policy No ▮▮▮▮▮▮▮▮▮<br>Endt No 00  Yr 22<br>Policy Period<br>12/06/2022 to 12/06/2023<br>(12:01 AM Standard Time) at Residence Premises | **COMPANY**<br>NATIONAL FIRE & MARINE INS CO<br>1314 DOUGLAS STREET, STE 1400<br>OMAHA NE 68102<br><br>CONTRACT/UMR ▮▮▮▮▮ |

| AGENCY NAME AND ADDRESS: | NAMED INSURED AND MAILING ADDRESS |
|---|---|
| SOUTH BEACH INSURANCE AGENCY INC<br>710 W. 51ST ST.<br>MIAMI BEACH FL 33140 | ABEDAL COELHO<br>13255 BISCAYNE BAY DR<br>NORTH MIAMI FL 33181<br>USA |

| RESIDENCE PREMISES | | MORTGAGEE INFORMATION | PAYOR: 1st Mortgagee |
|---|---|---|---|
| LOCATION OF RISK | 13255 Biscayne Bay Dr | CNP XII Ventures LLC   Loan# TBD | |
| COMPLEX NAME (if applicable) | | 2020 NE 165th St North Miami Beach FL USA 33162 | |
| UNIT | | 2nd MORTGAGEE INFORMATION | |
| CITY/ STATE/ ZIP | North Miami FL 33181 | Loan# | |
| COUNTY | Miami-Dade | | |

| POLICY COVERAGES | LIMITS ($) | DEDUCTIBLE(S) | AMOUNT($) | PREMIUM(S) | AMOUNT ($) |
|---|---|---|---|---|---|
| **Section I** | | ALL OTHER PERILS | 5,000 | Subtotal | 6,446.60 |
| COVERAGE  A - DWELLING | 1,100,000 | WATER DAMAGE | 5,000 | Policy Fee | 125.00 |
| COVERAGE  C - PERSONAL PROPERTY | No Coverage | WINDSTORM & HAIL | No Coverage | Other Fee | 0.00 |
| COVERAGE  D - LOSS OF USE / RENTS | No Coverage | EARTHQUAKE | No Coverage | Taxable Total | 6,571.60 |
| COVERAGE  B - OTHER STRUCTURES | 110,000 | FLOOD | No Coverage | Surplus Lines Tax | 324.64 |
| **Section II** | | **Optional Coverages** | Limits ($) | FSLSO TAX | 3.94 |
| COVERAGE  L - PERSONAL LIABILITY | 1,000,000 | Loss Valuation Dwelling | Replacement Cost 100% | EMPA FEE | 2.00 |
| COVERAGE  M - MEDICAL PAYMENTS | 5,000 | Loss Valuation Contents | Actual Cash Value | | |
| PERSONAL INJURY | Excluded | Ordinance/Law | 110,000 | **Total Premium** | **6,902.18** |
| | | Wind Driven Rain | No Coverage | | |
| Water Damage Sublimit | 10,000 | Water BackUp | No Coverage | | |
| Mold Sublimit | 10,000 | | | | |
| Underlying ISO-Form: DP3 | | | | | |

**NAMED INSURED:** Abedal Coelho
**ADDITIONAL INSURED:**

**FORMS AND ENDORSEMENTS MADE PART OF THIS POLICY AT TIME OF ISSUE**
NFPJ0122; SE0420; DP00031202; NFDT0122; WHEXDP0510; LMMLDDPDL0117; MUPDP0622; AOSDP0719;AOB0122; ; LWD10K0622; DP04631202 [$0];

UPON POLICY EXPIRATION, A 100% EARNED PREMIUM WILL APPLY.  NO FLAT CANCELLATIONS.
In the event of cancellation POLICY FEE is FULLY EARNED.

This insurance is issued pursuant to the Florida Surplus Lines Law.  Persons insured by surplus lines carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed insurer.  Surplus lines insures` policy rates and forms are not approved by any Florida regulatory agency.

Signed By *[signature]*
Correspondent:  Tim Graff

Surplus Lines Broker:  Kevin Francis Madden #W236455
7108 Fairway Dr #200,  Palm Beach Gardens  FL 33418

Printed On       12/21/2022
Processing Date  12/21/2022

Service of Suit Nominee:  Counsel, Legal Department, National Fire & Marine Insurance Company, 1314 Douglas Street, Ste. 1400, Omaha, NE 68102-1944

AWA DIG CEDE 06 22

██████████████

[X] **SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.**

[ ] **THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE OR WIND LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU .**

*AWA DIG CEDE 06 22*

Exhibit "C"

# PROPOSED

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

YACHTBRASIL MOTOR BOATS　　　　　　　　CASE NO.: 23-15357-BKC-LMI
AND CHARTERS, LLC,

　　　　　　　　　　　　　　　　　　　　　　Chapter 11 (Subchapter V)

　　Debtor.
_____/

**ORDER GRANTING DEBTOR'S *EX PARTE* MOTION
TO EXTEND DEADLINE FOR WINDSTORM INSURANCE**

　　THIS CAUSE came before the Court on the *Debtor's Notice of Compliance and Ex Parte Motion to Extend Deadline for Windstorm Insurance* [ECF ____] (the "Motion") and the Court, having reviewed the Motion, having been advised of the status of insurance by the Debtor's

counsel at the August 17, 2023 hearing, having been otherwise fully advised and good cause having been shown, it is

ORDERED that the Debtor's Motion is GRANTED. The deadline for the Debtor to provide proof of windstorm insurance to the Court, the U.S. Trustee's Office, the Subchapter V Trustee, and counsel for secured creditor CNP XII Ventures LLC is hereby extended for 21 days, to and including September 8, 2023.

# # #

Submitted by:

Tamara D. McKeown, Esq.
Florida Bar No. 773247
Aaronson Schantz Beiley P.A.
2 S. Biscayne Blvd, Suite 3450
Miami, Florida 33131
Telephone: 786-594-3000
Telefax: 305-424-9336
tmckeown@aspalaw.com
*Attorneys for Debtor*

Attorney McKeown is directed to serve a copy of this Order on all interested parties and to file a proof of service within three days of entry of the Order.